# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO ROLANDO GOMEZ OSORIO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br>UNITED STATES IMMIGRATION<br>AND CUSTOMS ENFORCEMENT;<br>DOES 1-100,<br><br>Defendants. | Case No. 2:25-cv-11310-AB-JDE<br><br>~~[PROPOSED]~~ **ORDER GRANTING JOINT STIPULATION TO UNSEAL CASE** |

The Court, having reviewed and considered the Parties' Joint Stipulation to Unseal Certain Case Records, and finding good cause therefor, **GRANTS** Stipulation.

IT IS HEREBY ORDERED that the Clerk is directed to unseal this case so that the docket is accessible to the Parties and the Parties may file documents electronically through CM/ECF.

**IT IS SO ORDERED.**

Dated: May 7, 2026

_____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1